United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 21, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-60608
Conference Calendar

EDWIN RABANALES-RABANALES,

Petitioner,

versus

ALBERTO R. GONZALES, U.S. ATTORNEY GENERAL,

Respondent.

--------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A96 182 905
--------------------

Before STEWART, DENNIS, and OWEN, Circuit Judges.

PER CURIAM:[*]

Edwin Rabanales-Rabanales, a citizen of Guatemala, petitions
this court for review of an order by the Bureau of Immigration
Appeals (BIA) affirming the Immigration Judge's (IJ) denial of
his motion to reconsider. The basis of the motion to reconsider
was the IJ's denial of Rabanales-Rabanales's motion for a
continuance during the removal hearing in order to obtain
substitute counsel.

Rabanales-Rabanales argues that the IJ should have granted
his motion for a continuance because his retained counsel

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

believed that his motion for a change of venue would be ruled upon before the removal hearing and therefore did not prepare to attend the hearing.  He asserts that the denial of his motion for a continuance violated his right to counsel.  Rabanales-Rabanales has failed to show that his right to counsel was violated or that the BIA abused its discretion by affirming the IJ's denial of his motion to reconsider.  See Rosales v. Bureau of Immigration and Customs Enforcement, 426 F.3d 733, 736-37 (5th Cir. 2005), cert. denied, 126 S. Ct. 1055 (2006); Zhao v. Gonzales, 404 F.3d 295, 303 (5th Cir. 2005).

Rabanales-Rabanales's petition for review is DENIED.